# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0089
_____

ALFONZO BROWN JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
Robert K. Groeb, Judge.

June 24, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alfonzo Brown Jr., pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.